**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| Northwest Senior Housing Corporation, *et al.*[1] | Case No. 22-30659 (MVL) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Priscilla Romero, depose and say that I am employed by Kurtzman Carson Consultants LLC (KCC), the claims and noticing agent for the Debtors in the above-captioned case.

On April 20, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Debtors' Application for Authority to Employ and Retain FTI Consulting, Inc. as Financial Advisor to the Debtors Effective as of the Petition Date** [Docket No. 29]

- **Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date** [Docket No. 39]

- **Notice of Filing Supplemental Exhibit** [Docket No. 72]

- **Amended Declaration of Jeremy R. Johnson in Support of the Application of Debtors for Authority to Employ and Retain Polsinelli PC as Counsel to the Debtors *Nunc Pro Tunc* to the Petition Date** [Docket No. 78]

- **Order Pursuant to Bankruptcy Rule 1015(b) and Local Rule 1015-1 (I) Directing Joint Administration of Chapter 11 Cases and (II) Granting Related Relief** [Docket No. 88]

- **Order Authorizing the Filing of a Consolidated Mailing Matrix and Consolidated List of Thirty Largest Unsecured Creditors** [Docket No. 89]

- **Order Extending the Time to File (I) Schedules of Assets and Liabilities, (II) Statements of Financial Affairs, and (III) Reports of Financial Information Required Under Bankruptcy Rule 2015.3** [Docket No. 90]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Northwest Senior Housing Corporation (1278) and Senior Quality Lifestyles Corporation (2669). The Debtors' mailing address is 8523 Thackery Street, Dallas, Texas 75225.

- **Interim Order (I) Authorizing (A) Continued Use of the Debtors' Existing Cash Management System, (B) Maintenance of the Debtors' Existing Bank Accounts, and (C) Continued Use of the Debtors' Existing Business Forms, and (II) Granting Related Relief** [Docket No. 93]

- **Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Commissions, Employee Benefits, Prepetition Payroll Taxes, and Other Obligations, (B) Maintain Compensations and Benefits Programs, and Pay Related Administrative Obligations, and (C) Make Payroll Deductions, (II) Authorizing Applicable Banks and Other Financial Institutions to Honor and Process Related Checks and Transfers, and (III) Granted Related Relief** [Docket No. 94]

- **Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance** [Docket No. 95]

- **Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Obligations Arising Thereunder, (B) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies, (C) Pay Broker Fees and (II) Granting Certain Related Relief** [Docket No. 96]

- **Order Granting Chapter 11 Complex Case Treatment** [Docket No. 97]

- **Order Authorizing the Implementation of Procedures to Maintain and Protect Confidential Resident and Patient Information** [Docket No. 98]

- **Interim Order Authorizing Payment of Prepetition Taxes and Fees** [Docket No. 99]

- **Interim Order (I) Authorizing the Debtors to Continue (A) Escrowing Entrance Fees in the Ordinary Course and (B) Refunding Certain Entrance Fees During the Chapter 11 Cases and (II) Granting Related Relief** [Docket No. 100]

- **Order Granting Debtors' Application for Entry of an Order (A) Authorizing the Retention and Employment of Kurtzman Carson Consultants LLC as Claims, Noticing and Solicitation Agent, *Nunc Pro Tunc* to the Petition Date and (B) Granting Related Relief** [Docket No. 110]

- **Motion of Debtors for Entry of an Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals** [Docket No. 111]

- **Interim Order (1) Authorizing Debtors in Possession to Obtain Post-Petition Financing; (2) Authorizing Debtors in Possession to Use Cash Collateral; (3) Providing Adequate Protection; (4) Granting Liens, Security Interests and Superpriority Claims; and (5) Scheduling a Final Hearing** [Docket No. 112]

- **Notice of Hearing** [Docket No. 113]

Furthermore, on April 20, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit C**; and via First Class Mail upon the service list attached hereto as **Exhibit D**:

- **Notice of Filing Supplemental Exhibit** [Docket No. 72]

- **Interim Order (I) Authorizing (A) Continued Use of the Debtors' Existing Cash Management System, (B) Maintenance of the Debtors' Existing Bank Accounts, and (C) Continued Use of the Debtors' Existing Business Forms, and (II) Granting Related Relief** [Docket No. 93]

- **Interim Order (1) Authorizing Debtors in Possession to Obtain Post-Petition Financing; (2) Authorizing Debtors in Possession to Use Cash Collateral; (3) Providing Adequate Protection; (4) Granting Liens, Security Interests and Superpriority Claims; and (5) Scheduling a Final Hearing** [Docket No. 112]

- **Notice of Hearing** [Docket No. 113]

Furthermore, on April 20, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via First Class Mail upon the service list attached hereto as **Exhibit E**:

- **Interim Order Authorizing Payment of Prepetition Taxes and Fees** [Docket No. 99]

- **Notice of Hearing** [Docket No. 113]

Furthermore, on April 20, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit F**; and via First Class Mail upon the service list attached hereto as **Exhibit G**:

- **Interim Order (I) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Service, (II) Deeming the Utility Providers Adequately Assured of Future Performance, and (III) Establishing Procedures for Determining Requests for Additional Adequate Assurance** [Docket No. 95]

- **Notice of Hearing** [Docket No. 113]

Furthermore, on April 20, 2022, at my direction and under my supervision, employees of KCC caused to be served the following documents via Electronic Mail upon the service list attached hereto as **Exhibit H**; and via First Class Mail upon the service list attached hereto as **Exhibit I**:

- **Interim Order (I) Authorizing the Debtors to (A) Maintain Existing Insurance Policies and Pay All Obligations Arising Thereunder, (B) Renew, Revise, Extend, Supplement, Change, or Enter Into New Insurance Policies, (C) Pay Broker Fees and (II) Granting Certain Related Relief** [Docket No. 96]

- **Notice of Hearing** [Docket No. 113]

Dated: April 22, 2022

/s/ Priscilla Romero
Priscilla Romero
KCC
222 N Pacific Coast Highway,
3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel for Pamela Siviglia and Andrew L. Adams, Individually and on Behalf of the Estate of Patricia Adams | Benton Williams PLLC | T. Benton Williams II | BW@bentonwilliamspllc.com |
| Counsel for Lifespace, Inc. | Dorsey & Whitney LLP | David D. Grossklaus, Esq. & Adam J. Freed, Esq. | grossklaus.david@dorsey.com; freed.adam@dorsey.com |
| Counsel for Phillimore Family Holdings LP and Richard M. and Jean Huff | Ferguson Braswell Fraser Kubasta PC | Rachael L. Smiley | rsmiley@fbfk.law |
| Counsel for Steve Helbing, as Independent Executor for the Estate of Ellen S. Helbing | Foley & Lardner LLP | Stephen A. McCartin, Thomas C. Scannell, Stephen A. Jones | smccartin@foley.com; tscannell@foley.com; sajones@foley.com |
| Counsel for the Resident Council of the Resident Association of The Tarrant County Senior Living Center, Inc. d/b/a The Stayton at Museum Way (Stayton Resident Council) | Forshey & Prostok, LLP | J. Robert Forshey, Suzanne K. Rosen | bforshey@forsheyprostok.com; srosen@forsheyprostok.com |
| Counsel for UMB Bank, N.A. | Haynes and Boone LLP | J. Frasher Murphy and Thomas J. Zavala | frasher.murphy@haynesboone.com; tom.zavala@haynesboone.com |
| Counsel for Intercity Investment Properties, Inc. | Jackson Walker LLP | Michael S. Held, J. Machir Stull, Jennifer F. Wertz | mheld@jw.com; mstull@jw.com; jwertz@jw.com |
| Counsel for the Estate of Pauline Carp | K&L Gates LLP | David Weitman | david.weitman@klgates.com |
| Counsel for Intercity Investment Properties, Inc. | Levenfeld Pearlstein, LLC | Elizabeth B. Vandesteeg, Harold D. Israel, Eileen M. Sethna | evandesteeg@lplegal.com; hisrael@lpegal.com; esthna@lplegal.com |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Laurie A. Spindler | dallas.bankruptcy@lgbs.com |
| Counsel for UMB Bank, N.A. as Trustee | Mintz Levin Cohn Ferris Glovsky & Popeo, PC | Daniel S. Bleck Poonam Patidar and Eric R. Blythe | DSBleck@mintz.com; ERBlythe@mintz.com; Ppatidar@mintz.com |
| Counsel for the Texas Department of Insurance; the Texan Health and Human Services Commission | Office of the Attorney General of Texas Bankruptcy & Collections Division | Jason B. Binford, Abigail R. Ryan Assistant Attorneys General | jason.binford@oag.texas.gov; abigail.ryan@oag.texas.gov |
| Counsel for Lifespace, Inc. | Perkins Coie LLP | Eric E. Walker, Esq. | ewalker@perkinscoie.com |
| Top 30 | Resident ID 114 | | Email Redacted |
| Top 30 | Resident ID 329 | | Email Redacted |
| Top 30 | Resident ID 339 | | Email Redacted |
| Top 30 | Resident ID 347 | | Email Redacted |
| Top 30 | Resident ID 1410 | | Email Redacted |
| Top 30 | Resident ID 1438 | | Email Redacted |
| Top 30 | Resident ID 1438 | | Email Redacted |
| Top 30 | Resident ID 1484 | | Email Redacted |
| Top 30 | Resident ID 1488 | | Email Redacted |
| Top 30 | Resident ID 1492 | | Email Redacted |
| United States Securities and Exchange Commission | SEC Fort Worth Regional Office | Regional Director | dfw@sec.gov |
| United States Securities and Exchange Commission | SEC Headquarters | | SECBankruptcy-OGC-ADO@SEC.GOV |
| Counsel for Allan Metz and Gloria M Simon | Spector & Cox, PLLC | Howard Marc Spector | hspector@spectorcox.com |
| Texas State Attorney General | Texas Attorney General | Attn Bankruptcy Department, Ken Paxton | bankruptcytax@oag.texas.gov; communications@oag.texas.gov |
| UMB Bank, N.A. as Trustee | UMB Bank, N.A. | Irina Palchuck | Irina.palchuck@umb.com |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel for Pamela Siviglia and Andrew L. Adams, Individually and on Behalf of the Estate of Patricia Adams | Benton Williams PLLC | T. Benton Williams II | 100 Crescent Court, Suite 700 | | | Dallas | TX | 75201 |
| Counsel for Lifespace, Inc. | Dorsey & Whitney LLP | David D. Grossklaus, Esq. & Adam J. Freed, Esq. | 801 Grand Avenue, Suite 4100 | | | Des Moines | IA | 50309 |
| Counsel for Phillimore Family Holdings LP and Richard M. and Jean Huff | Ferguson Braswell Fraser Kubasta PC | Rachael L. Smiley | 2500 Dallas Parkway, Suite 600 | | | Plano | TX | 75093 |
| Counsel for Steve Helbing, as Independent Executor for the Estate of Ellen S. Helbing | Foley & Lardner LLP | Stephen A. McCartin, Thomas C. Scannell, Stephen A. Jones | 2021 McKinney Avenue, Ste. 1600 | | | Dallas | TX | 75201 |
| Counsel for the Resident Council of the Resident Association of The Tarrant County Senior Living Center, Inc. d/b/a The Stayton at Museum Way (Stayton Resident Council) | Forshey & Prostok, LLP | J. Robert Forshey, Suzanne K. Rosen | 777 Main Street, Suite 1550 | | | Fort Worth | TX | 76102 |
| Counsel for UMB Bank, N.A. | Haynes and Boone LLP | J. Frasher Murphy and Thomas J. Zavala | 2323 Victory Ave, Suite 700 | | | Dallas | TX | 75219 |
| Internal Revenue Service | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Counsel for Intercity Investment Properties, Inc. | Jackson Walker LLP | Michael S. Held, J. Machir Stull, Jennifer F. Wertz | 2323 Ross Avenue, Suite 600 | | | Dallas | TX | 75201 |
| Counsel for the Estate of Pauline Carp | K&L Gates LLP | David Weitman | 1717 Main Street, Suite 2800 | | | Dallas | TX | 75201 |
| Counsel for Intercity Investment Properties, Inc. | Levenfeld Pearlstein, LLC | Elizabeth B. Vandesteeg, Harold D. Israel, Eileen M. Sethna | 2 North LaSalle Street, Suite 1300 | | | Chicago | IL | 60602 |
| Lifespace, Inc. | Lifespace Communities, Inc | Attn President and CEO | 4201 Corporate Drive | | | West Des Moines | IA | 50266 |
| Lifespace, Inc. | Lifespace Communities, Inc | Attn President and CEO | 8523 Thackery Street | | | Dallas | TX | 75225 |
| Lifespace, Inc. | Lifespace Communities, Inc | Attn SVP and General Counsel | 4201 Corporate Drive | | | West Des Moines | IA | 50266 |
| Lifespace, Inc. | Lifespace Communities, Inc | Attn SVP and General Counsel | 8523 Thackery Street | | | Dallas | TX | 75225 |
| Counsel for Dallas County | Linebarger Goggan Blair & Sampson LLP | Laurie A. Spindler | 2777 N. Stemmons Freeway Suite 1000 | | | Dallas | TX | 75207 |
| Counsel for UMB Bank, N.A. as Trustee | Mintz Levin Cohn Ferris Glovsky & Popeo, PC | Daniel S. Bleck Poonam Patidar and Eric R. Blythe | One Financial Center | | | Boston | MA | 02111 |
| Counsel for the Texas Department of Insurance; the Texan Health and Human Services Commission | Office of the Attorney General of Texas Bankruptcy & Collections Division | Jason B. Binford, Abigail R. Ryan Assistant Attorneys General | P. O. Box 12548- MC 008 | | | Austin | TX | 78711-2548 |
| U.S. Trustee | Office of The United States Trustee | Lisa L. Lambert, Assistant United States Trustee Earle Cabell Federal Building | 1100 Commerce Street, Room 976 | | Dallas | TX | 75242 |
| Counsel for Lifespace, Inc. | Perkins Coie LLP | Eric E. Walker, Esq. | 110 North Wacker Drive, 34th Fl | | | Chicago | IL | 60606 |
| Top 30 | Resident ID 114 | | Address Redacted | | | | | |
| Top 30 | Resident ID 151 | | Address Redacted | | | | | |
| Top 30 | Resident ID 214 | | Address Redacted | | | | | |
| Top 30 | Resident ID 298 | | Address Redacted | | | | | |
| Top 30 | Resident ID 329 | | Address Redacted | | | | | |
| Top 30 | Resident ID 334 | | Address Redacted | | | | | |
| Top 30 | Resident ID 336 | | Address Redacted | | | | | |
| Top 30 | Resident ID 337 | | Address Redacted | | | | | |
| Top 30 | Resident ID 339 | | Address Redacted | | | | | |
| Top 30 | Resident ID 342 | | Address Redacted | | | | | |
| Top 30 | Resident ID 343 | | Address Redacted | | | | | |
| Top 30 | Resident ID 347 | | Address Redacted | | | | | |
| Top 30 | Resident ID 349 | | Address Redacted | | | | | |
| Top 30 | Resident ID 354 | | Address Redacted | | | | | |
| Top 30 | Resident ID 360 | | Address Redacted | | | | | |

In re: Northwest Senior Housing Corporation, et al.
Case No. 22-30659

Page 1 of 2

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Top 30 | Resident ID 365 | | Address Redacted | | | | | |
| Top 30 | Resident ID 368 | | Address Redacted | | | | | |
| Top 30 | Resident ID 370 | | Address Redacted | | | | | |
| Top 30 | Resident ID 371 | | Address Redacted | | | | | |
| Top 30 | Resident ID 372 | | Address Redacted | | | | | |
| Top 30 | Resident ID 374 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1410 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1434 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1434 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1434 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1436 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1436 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1436 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1438 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1438 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1438 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1438 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1480 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1484 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1488 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1492 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1522 | | Address Redacted | | | | | |
| Top 30 | Resident ID 1522 | | Address Redacted | | | | | |
| United States Securities and Exchange Commission | SEC Fort Worth Regional Office | Regional Director | 801 Cherry Street, Suite 1900, Unit 18 | | | Fort Worth | TX | 76102 |
| United States Securities and Exchange Commission | SEC Headquarters | | 100 F St NE | | | Washington | DC | 20549 |
| Counsel for Allan Metz and Gloria M Simon | Spector & Cox, PLLC | Howard Marc Spector | 12770 Coit Road, Suite 850 | | | Dallas | TX | 75251 |
| Texas State Attorney General | State of Texas Attorney General | Attn Ken Paxton | PO Box 13528 | Bankruptcy and Collections, 8th Floor, WPC Bldg | Capitol Station | Austin | TX | 78711-3528 |
| Texas State Attorney General - Franchise | State of Texas Attorney General | Franchise | PO Box 13528 | Bankruptcy and Collections, 8th Floor, WPC Bldg | Capitol Station | Austin | TX | 78711-3528 |
| Texas State Attorney General | Texas Attorney General | Attn Bankruptcy Department, Ken Paxton | 300 W. 15th St | | | Austin | TX | 78701 |
| United States Attorney's Office for the Northern District of Texas | Texas Northern District US Attorneys Office | Attn Bankruptcy Division | 1100 Commerce St Third Fl | | | Dallas | TX | 75242-1699 |
| United States Department of Justice | U.S. Department of Justice | Attorney General | 950 Pennsylvania Avenue, NW | | | Washington | DC | 20530-0001 |
| UMB Bank, N.A. as Trustee | UMB Bank, N.A. | Irina Palchuck | 120 Sixth Street South, Suite 1400 | | | Minneapolis | MN | 55402 |

# Exhibit C

**Exhibit C**
**Banks Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Bankers Trust | Aldin Hodzic, CTP, VP, Treasury Management Sales Manager | ahodzic@bankerstrust.com |

# Exhibit D

**Exhibit D**
**Banks Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | City | State | Zip |
|---|---|---|---|---|---|
| Bankers Trust | Aldin Hodzic, CTP, VP, Treasury Management Sales Manager | 453 7th Street | Des Moines | IA | 50309 |
| Regions Bank | Corporate Trust Operations | 250 Riverchase Pkwy E 4th FL | Birmingham | AL | 35244 |

# Exhibit E

**Exhibit E**
**Taxing Authorities Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Centers for Medicare and Medicaid Services | | 7500 Security Boulevard | | | Baltimore | MD | 21244 |
| City of Dallas | Building Inspection Offices | Oak Cliff Municipal Center | 320 E. Jefferson Blvd. | | Dallas | TX | 75203 |
| City of Dallas | | 1500 Marillas Street Room 4A | | | Dallas | TX | 75201 |
| Dallas County Tax Office, John R. Ames, CTA Tax Assessor/Collector | | 1201 Elm St, Ste. 2600 | | | Dallas | TX | 75270 |
| Department of the Treasury | | George Hyde (G.H.) Fallon Federal Building | 31 Hopkins Plaza | | Baltimore | MD | 21201 |
| Internal Revenue Service  Department of Treasury | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| Internal Revenue Service Department of the Treasury | | Internal Revenue Service Center | | | Ogden | UT | 84201 |
| Internal Revenue Service Special Procedures Insolvency | | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| State of Texas Attorney General | Attn: Ken Paxton | 300 W. 15th Street | | | Austin | TX | 78701 |
| State of Texas Attorney General | Attn: Ken Paxton | PO Box 13528 | Bankruptcy and Collections, 8th Floor, WPC Bldg | Capitol Station | Austin | TX | 78711-3528 |
| Texas Comptroller of Public Accounts | | PO Box 13528 | Bankruptcy and Collections, 8th Floor, WPC Bldg | Capitol Station | Austin | TX | 78711-3528 |
| Texas Department of Labor | | 1117 Trinity Street | | | Austin | TX | 78701 |
| Texas Department of Licensing & Regulation | | PO Box 1157 | | | Austin | TX | 78711 |
| Texas Department of State Health Services | | 1100 West 49th St | | | Austin | TX | 78756-3199 |
| Texas Secretary of State | | 1019 Brazos St | | | Austin | TX | 78701 |
| Texas Workforce Commission | | 101 E 15th St | | | Austin | TX | 78778 |
| United States Treasury | Internal Revenue Service | 1500 Pennsylvania Avenue, NW | | | Washington | DC | 20220 |

In re: Northwest Senior Housing Corporation, et al.
Case No. 22-30659

Page 1 of 1

# Exhibit F

**Exhibit F**
**Utility Companies Service List**
**Served via Electronic Mail**

| CreditorName | Email |
|---|---|
| TIME WARNER CABLE LLC | joseph.morris@twcable.com |

# Exhibit G

**Exhibit G**
**Utility Companies Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip |
|---|---|---|---|---|---|---|
| AT&T | | P.O. Box 5001 | | Carol Springs | IL | 60197 |
| AT&T | | P.O. Box 105414 | | Atlanta | GA | 30348-5414 |
| AT&T | | 208 S. Akard St. | | Dallas | TX | 75202 |
| Atmos Energy | | P.O Box 790311 | | St. Louis | MO | 63179 |
| Atmos Energy Corporation | | PO Box 650205 | Headquarters | Dallas | TX | 75265-0205 |
| City of Dallas | | P.O. Box 870 | | Ft. Worth | TX | 76101 |
| City of Dallas | | 908 Monroe St | | Fort Worth | TX | 76102 |
| Community Waste Disposal LP | | PO BOX 208939 | | Dallas | TX | 75320-8939 |
| Community Waste Disposal LP | | 2010 California Crossing Road | | Dallas | TX | 75220 |
| Direct Energy | Attn: Bankruptcy Dept | 1001 Liberty Avenue, Suite 1200 | | Pittsburgh | PA | 15222 |
| Direct Energy | | P.O. Box 1532 | | Houston | TX | 77251 |
| Fusion Connect | | 210 Interstate North Parkway, Suite 200 | Headquarters | Atlanta | GA | 30339 |
| Fusion LLC | | PO BOX 51341 | | Los Angeles | CA | 90051 |
| Spectrum | | PO BOX 94188 | | Palatine | IL | 60094-4188 |
| Spectrum | | 400 Atlantic St | | Stamford | CT | 06901 |
| Spectrum (f/k/a Time Warner Cable) | | PO BOX 94188 | | Palatine | IL | 60094-4188 |
| TIME WARNER CABLE LLC | | P.O. Box 60074 | | CITY OF INDUSTRY | CA | 91716-0074 |
| Verizon | | P.O. Box 660108 | | Dallas | TX | 75266-0108 |
| Verizon | | 1095 Avenue of the Americas | Corporate Headquarters | New York | NY | 10036 |

In re: Northwest Senior Housing Corporation, et al.
Case No. 22-30659                                        Page 1 of 1

# Exhibit H

**Exhibit H**
**Insurance Companies Service List**
**Served via Electronic Mail**

| CreditorName | CreditorNoticeName | Email |
|---|---|---|
| Beazley Insurance Company | Jan Belcher | jan.belcher@NarshMMA.com |
| Beazley plc | | info@beazley.com |
| Caring Communities, a Reciprocal Risk Retention Group | Laura Lally | llally@caringcomm.org |
| Ironshore Speciality Insurance Company | Jan Belcher | jan.belcher@NarshMMA.com |
| Liberty Mutual Insurance Company | Jan Belcher | jan.belcher@NarshMMA.com |
| Sentry Casualty Company | Jan Belcher | jan.belcher@NarshMMA.com |
| Sentry Insurance | Jan Belcher | jan.belcher@NarshMMA.com |
| Starr Insurance Companies | | conan.dolce@starrcompanies.com |
| Underwriters at Lloyds, London (Hiscox) | Jan Belcher | jan.belcher@NarshMMA.com |
| Underwriters at Lloyds, London (Hiscox) | | enquiries@hiscox.com |

# Exhibit I

**Exhibit I**
**Insurance Companies Service List**
**Served via First Class Mail**

| CreditorName | CreditorNoticeName | Address1 | Address2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Beazley Insurance Company | Jan Belcher | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | Clearwater | FL | 33765 | |
| Beazley plc | | 22 Bishopsgate | | London | | EC2N 4BQ | United Kingdom |
| Caring Communities, a Reciprocal Risk Retention Group | Laura Lally | 1850 West Winchester Road, Suite 109 | | Libertyville | IL | 60048 | |
| Ironshore Speciality Insurance Company | c/o Liberty Mutual Insurance | 175 Berkeley Street | | Boston | MA | 02116 | |
| Ironshore Speciality Insurance Company | Jan Belcher | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | Clearwater | FL | 33765 | |
| Liberty Mutual Insurance | | 175 Berkeley Street | | Boston | MA | 02116 | |
| Liberty Mutual Insurance Company | Jan Belcher | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | Clearwater | FL | 33765 | |
| National Union Fire Insurance Company of Pittsburgh, PA | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | | Clearwater | FL | 33765 | |
| National Union Fire Insurance Company of Pittsburgh, PA | | 70 Pine St Fl 50 | | New York | NY | 10005-1522 | |
| Sentry Casualty Company | Jan Belcher | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | Clearwater | FL | 33765 | |
| Sentry Insurance | Jan Belcher | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | Clearwater | FL | 33765 | |
| Sentry Insurance | | 1800 North Point Drive | | Stevens Point | WI | 54481 | |
| Starr Indemnity & Liability Company | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | | Clearwater | FL | 33765 | |
| Starr Insurance Companies | | 399 Park Avenue 2nd Floor | | New York | NY | 10022 | |
| Underwriters at Lloyds, London | | One Lime Street | | London | | EC3M 7HA | United Kingdom |
| Underwriters at Lloyds, London (Hiscox) | Jan Belcher | c/o Marsh McLennan Agency, LLC Bouchard Region | 101 N Starcrest Dr. | Clearwater | FL | 33765 | |
| Underwriters at Lloyds, London (Hiscox) | | 1 Great St Helens | | London | | EC3A 6HX | United Kingdom |

In re: Northwest Senior Housing Corporation, et al.
Case No. 22-30659