JACKSON WALKER LLP
Michael S. Held (State Bar No. 09388150)
Jennifer F. Wertz (State Bar No. 24072822)
J. Machir Stull (State Bar No. 24070697)
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822

LEVENFELD PEARLSTEIN, LLC
Eileen M. Sethna, Esq. (admitted *pro hac vice*)
Harold D. Israel, Esq. (admitted *pro hac vice*)
Elizabeth B. Vandesteeg, Esq. (admitted *pro hac vice*)
2 North LaSalle St, Suite 1300
Chicago, Illinois 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-8634

*Counsel for Intercity Investment Properties, Inc.*       *Counsel for Intercity Investment Properties, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| NORTHWEST SENIOR HOUSING | ) | Case No. 22-30659 (MVL) |
| CORPORATION, *et al.*[1] | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that on October 5, 2022, Intercity Investment Properties, Inc. filed its *Motion Seeking an Order (I) Allowing Administrative Expense Claim for Postpetition Rent Under 11 U.S.C. § 503(b)(1); (II) Directing Escrow Agent to Release Escrowed Funds and Terminating Rent Escrow Agreement; and (III) Requiring Debtors to Pay Postpetition Rent in the Ordinary Course* ("Motion") [Docket No. 691].

**PLEASE TAKE FURTHER NOTICE** that an expedited hearing has been set on the Motion for **October 26, 2022 at 1:30 p.m. (prevailing Central Time)** before Judge Michelle V. Larson, 1100 Commerce Street, 14th Floor, Dallas, TX 75201.

**PLEASE TAKE FURTHER NOTICE** that the objection deadline for the Motion is **Sunday, October 23, 2022**.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Northwest Senior Housing Corporation (1278) and Senior Quality Lifestyles Corporation (2669). The Debtors' mailing address is 8523 Thackery Street, Dallas, Texas 75225.

**PLEASE TAKE FURTHER NOTICE** that you may participate in the hearing in person or via WebEx. The WebEx link for participation is https://us-courts.webex.com/meet/larson (instructions are additionally attached hereto) and the WebEx telephonic only participation/attendance information for the status conference is **(650) 479-3207** and access code is **160 135 6015**.

Dallas, Texas
October 10, 2022

/s/ *Michael S. Held*

**JACKSON WALKER LLP**
Michael S. Held (State Bar No. 09388150)
Jennifer F. Wertz (State Bar No. 24072822)
J. Machir Stull (State Bar No. 24070697)
2323 Ross Ave., Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6000
Facsimile: (214) 953-5822
Email:  mheld@jw.com
Email:  jwertz@jw.com
Email:  mstull@jw.com

*Local Counsel for Intercity Investment Properties, Inc.*

**LEVENFELD PEARLSTEIN, LLC**
Elizabeth B. Vandesteeg (admitted *pro hac vice*)
Harold D. Israel (admitted *pro hac vice*)
Eileen M. Sethna (admitted *pro hac vice*)
2 North LaSalle Street, Suite 1300
Chicago, IL 60602
Telephone: (312) 346-8380
Facsimile: (312) 346-7634
Email:  evandesteeg@lplegal.com
Email:  hisrael@lplegal.com
Email:  esethna@lplegal.com

*Counsel for Intercity Investment Properties, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 10th day of October 2022, a true and correct copy of the foregoing was served electronically on all persons via the Court's CM/ECF system.

/s/ *Michael S. Held*
Michael S. Held

# WebEx Hearing Instructions
## Judge Michelle V. Larson

Pursuant to General Order 2021-06 issued by the Court on June 14, 2021, certain hearings before Judge Michelle V. Larson will be conducted by WebEx videoconference.

**For WebEx Video Participation/Attendance**:

Link:    https://us-courts.webex.com/meet/larson

**For WebEx Telephonic Only Participation/Attendance**:

Dial-In: 1.650.479.3207
Access code: 160 135 6015

**Participation/Attendance Requirements**:

- Counsel and other parties in interest who plan to actively participate in the hearing are encouraged to attend the hearing in the WebEx video mode using the WebEx video link above. Counsel and other parties in interest who <u>not</u> be seeking to introduce any evidence at the hearing and who wish to attend the hearing in a telephonic only mode may attend the hearing in the WebEx telephonic only mode using the WebEx dial-in and meeting ID above.

- Attendees should join the WebEx hearing at least 10 minutes prior to the hearing start time.  Please be advised that a hearing may already be in progress. <u>During hearings, participants are required to keep their lines on mute at all times that they are not addressing the Court or otherwise actively participating in the hearing</u>. **The Court reserves the right to disconnect or place on permanent mute any attendee that causes any disruption to the proceedings**.  For general information and tips with respect to WebEx participation and attendance, please see Clerk's Notice 20-04: https://www.txnb.uscourts.gov/sites/txnb/files/hearings/Webex%20Information%20and%20Tips_0.pdf

- **Unless the Court orders otherwise, witnesses are required to attend the hearing in the WebEx video mode and live testimony will only be accepted from witnesses who have the WebEx video function activated**. Telephonic testimony without accompanying video will <u>not</u> be accepted by the Court.

- All WebEx hearing attendees are required to comply with Judge Larson's Telephonic and Videoconference Hearing Policy (included within Judge Larson's Judge-Specific Guidelines): https://www.txnb.uscourts.gov/content/judge-michelle-v-larson-0

**Exhibit Requirements**:

- Any party intending to introduce documentary evidence at the hearing <u>must</u> file an exhibit list in the case prior to the hearing, with a true and correct copy of each designated exhibit filed as a <u>separate, individual</u> <u>attachment thereto</u> so that the Court and all participants have ready access to all designated exhibits.

- If the number of pages of such exhibits exceeds 100, then such party <u>must</u> also deliver two (2) sets of such exhibits in exhibit binders to the Court by no later than twenty-four (24) hours in advance of the hearing.

**Notice of Hearing Content and Filing Requirements:**

<u>IMPORTANT: For all hearings that will be conducted by WebEx only</u>:

- The Notice of Hearing filed in the case and served on parties in interest must: (1) provide notice that the hearing will be conducted by WebEx videoconference only, (2) provide notice of the above WebEx video participation/attendance link, and (3) attach a copy of these WebEx Hearing Instructions or provide notice that they may be obtained from Judge Larson's hearing/calendar site: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-larson-hearing-dates

- When electronically filing the Notice of Hearing via CM/ECF <u>select "at https://us-</u>

courts.webex.com/meet/larson as the location of the hearing (note: this option appears immediately after the first set of Wichita Falls locations). Do <u>not</u> select Judge Larson's Dallas courtroom as the location for the hearing.