Susan N. Goodman
Texas Bar No. 24117585
PIVOT HEALTH LAW, LLC
P.O. Box 69734
Oro Valley, Arizona 85737
sgoodman@pivothealthaz.com
message: (520) 744-7061
*Patient Care Ombudsman*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IN RE:<br><br>**NORTHWEST SENIOR HOUSING CORPORATION,** *et al.,*[1]<br><br>　　　　　　　　　**Debtors.** | §<br>§  **CHAPTER 11**<br>§<br>§  **CASE NO: 22-30659 (MVL)**<br>§<br>§  **(Jointly Administered)**<br>§<br>§ |

**CERTIFICATE OF NO OBJECTION REGARDING SECOND MONTLY FEE APPLICATION OF SUSAN N. GOODMAN FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES AS PATIENT CARE OMBUDSMAN FOR PERIOD JULY 1, 2022, THROUGH AUGUST 31, 2022**

　　　　The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Second Monthly Fee Application of Susan N. Goodman for Compensation and Reimbursement of Expenses as Patient Care Ombudsman for Period July 1, 2022, through August 31, 2022* [Docket No. 648] (the "**Application**") filed on September 26, 2022. The undersigned further certifies that, after reviewing the court's docket in this case, no answer, objection, or other responsive pleading to the Application was filed as explained in the *Notice to Monthly Fee Application* that was included in the Application pleading. Objections to the Application were due to be filed no later than October 17, 2022.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Northwest Senior Housing Corporation (1278) and Senior Quality Lifestyles Corporation (2669). The Debtors' mailing address is: 8523 Thackery Street, Dallas, Texas 75225.

Pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals* [Docket No. 401], no further order is required, and the Patient Care Ombudsman is entitled to receive 80% of its fees and 100% of expenses.

DATED:  October 18, 2022.                    By:  /s/ *Susan N. Goodman, RN JD* (TX Bar 24117585)
PIVOT HEALTH LAW, LLC
P.O. Box 69734
Oro Valley, Arizona 85737
P: (520) 744-7061 | F: (520) 575-4075
sgoodman@pivothealthaz.com
*Patient Care Ombudsman*